## Commonwealth *v.* Vaughn, Appellant.

Before STOUT, J., without a jury.

*William Goldstein,* for appellant; *James D.*

*Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.